

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DEANDRE MAURICE PARKER,<br><br>          Defendant. | ) <br> ) <br> ) <br> ) 2:14-CR-372-GMN-(VCF) <br> ) <br> ) <br> ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that defendant DEANDRE MAURICE PARKER pled guilty to Count One of a Two-Count Criminal Indictment charging him with Sex Trafficking of a Minor in violation of Title 18, United States Code, Section 1951(a)(1). Criminal Indictment, ECF No. 8; Change of Plea, ECF No. 25; Plea Agreement, ECF No. 26.

This Court finds defendant DEANDRE MAURICE PARKER agreed to the forfeiture of the property set forth in the Plea Agreement. Criminal Indictment, ECF No. 8; Change of Plea, ECF No. 25; Plea Agreement, ECF No. 26.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the offense to which defendant DEANDRE MAURICE PARKER pled guilty.

The following asset is any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of Title 18, United States Code, Section 1591(a)(1) and is subject to forfeiture pursuant to Title 18, United States Code, Section 1594(d)(1):

1  Nokia Cell Phone Model RM-975; Bearing IMEI: 353048062400942
2  (all of which constitutes "property").
3  This Court finds the United States of America is now entitled to, and should, reduce the
4  aforementioned property to the possession of the United States of America.
5  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
6  United States of America should seize the aforementioned property.
7  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
8  DEANDRE MAURICE PARKER in the aforementioned property is forfeited and is vested in the
9  United States of America and shall be safely held by the United States of America until further order
10 of the Court.
11 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
12 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
13 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
14 time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
15 name and contact information for the government attorney to be served with the petition, pursuant to
16 Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
17 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity
18 who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate
19 the validity of the petitioner's alleged interest in the property, which petition shall be signed by the
20 petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and
21 Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's
22 right, title, or interest in the forfeited property and any additional facts supporting the petitioner's
23 petition and the relief sought.
24 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
25 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
26 thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 30 day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

3