RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Deandre Maurice Parker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00372-GMN-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| DEANDRE MAURICE PARKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Tina Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Deandre Maurice Parker, that the Revocation Hearing currently scheduled on May 7, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      The parties need additional time to receive and review discovery.

2.      Additionally, the parties need additional time to engage in negotiations for a potential recommended resolution.

3.      The defendant is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 28th day of April, 2026.


RENE L. VALLADARES                          TODD BLANCHE
Federal Public Defender                     Acting Attorney General


By */s/ Keisha K. Matthews*                 By */s/ Tina Snellings*
KEISHA K. MATTHEWS                          TINA SNELLINGS
Assistant Federal Public Defender           Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

DEANDRE MAURICE PARKER,

      Defendant.

Case No. 2:14-cr-00372-GMN-VCF

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on May 7, 2026 at the hour of 9:30 a.m., be vacated and continued to __August 19, 2026__ at the hour of 9:00 a.m.

    DATED this _28_ day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE

3