# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00372-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| DEANDRE MAURICE PARKER, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 4, 2026 at the hour of 2:00 p.m., be vacated and continued to  August 10, 2026    at the hour of    2:00    p.m.

DATED this  30th day of April, 2026.

_____

UNITED STATES MAGISTRATE JUDGE

3