**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEANDRE MAURICE PARKER,

Defendant.

Case No. 2:14-cr-00372-GMN-VCF

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on August 19, 2026 at the hour of 9:00 a.m., be vacated and continued to August 26, 2026 at the hour of 10:00 a.m.

DATED this 11 day of August, 2026.

UNITED STATES DISTRICT JUDGE